1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VICTOR ORLANDO MUNOZ

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) No.  CR-S-11-00349-GEB
                                    )
12 |          Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING STATUS CONFERENCE AND
13 |      v.                         ) EXCLUDING TIME
                                    )
14 | VICTOR ORLANDO MUNOZ,           )
                                    ) Date:  October 21, 2011
15 |          Defendant.             ) Time:  9:00 a.m.
                                    ) Judge: Hon. Garland E. Burrell, Jr.
16 | _____)

17      IT IS HEREBY STIPULATED by the parties through their respective
18 counsel, Michele Beckwith, Assistant United States Attorney, attorney for
19 Plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for
20 defendant, VICTOR ORLANDO MUNOZ, that the Status Conference presently
21 scheduled for October 7, 2011 be vacated, and rescheduled for Status
22 Conference on October 21, 2011 at 9:00 a.m.

23      This continuance is requested to allow the parties additional time
24 to negotiate a fast-track plea toward resolution of the case once the
25 PreSentence Investigative Report has been prepared and reviewed with Mr.
26 Munoz.

27      To afford time to complete these tasks, the parties agree that the
28 time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including October 21, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 5, 2011                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas Beevers*
                                      _____
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      VICTOR ORLANDO MUNOZ

Dated: October 5, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Michele Beckwith*
                                      _____
                                      Michele Beckwith
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 21, 2011.

Dated: October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge